1  JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **G & G CLOSED CIRCUIT EVENTS, LLC,** | Case No. CV 24-04385 WDK (JCx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| **MCKINLEY P. ALEXANDER, et al.,** | |
| Defendants. | |

The Application of G & G Closed Circuit Events, LLC for the entry of Default Judgment as to defendants McKinley P. Alexander, individually and d/b/a Swank Men's Fashion, and Swank Men's Fashion LLC, an unknown business entity d/b/a Swank Men's Fashion, having come before the Court, and the Court having found that the entry of a Default Judgment is appropriate,

IT IS HEREBY ORDERED AND ADJUDGED:

1. Judgment in this case is granted in favor of the plaintiff G & G Closed Circuit Events, LLC against defendants McKinley P. Alexander, individually and d/b/a Swank Men's Fashion, and Swank Men's Fashion LLC, an unknown business entity d/b/a Swank Men's Fashion, as follows:

(a)   defendants McKinley P. Alexander, individually and d/b/a Swank

Men's Fashion, and Swank Men's Fashion LLC, an unknown business entity d/b/a Swank Men's Fashion, shall pay the plaintiff, G & G Closed Circuit Events, LLC, $1,800.00 in total damages plus attorneys' fees in the amount of $380.00 plus costs.

    IT IS FURTHER ORDERED that the Plaintiff shall serve, by United States mail or by telefax or by email, copies of this Judgment on counsel for the defendants, or the pro se defendants in this matter.

Dated: December 30, 2024

_____
William Keller
United States District Judge

- 2 -